# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **WESLEY-KEITH MULLINGS,** | **Case No. 25–cv–15707–ESK** |
| **Petitioner,** | |
| **v.** | |
| **CHIEF OF POLICE, et al.,** | **OPINION** |
| **Respondents.** | |

**KIEL, U.S.D.J.**

Petitioner Wesley-Keith Mullings filed this petition for writ of habeas corpus under 28 U.S.C. § 2241 (Petition) as a "preemptive challenge to void arrest warrant #W-2025-8642-0714."   (ECF No. 1.)

In order to invoke habeas jurisdiction, petitioner must demonstrate that he is "in custody." 28 U.S.C. § 2241(c).   "Custody is measured as of the time that the petition was filed."   *Henry v. Chertoff*, 317 F. App'x 178, 179 (3d Cir. 2009).   Petitioner seeks an order preventing his arrest, which indicates that he is not in state or federal custody.   (ECF No. 1.)   Therefore, I lack jurisdiction over the Petition pursuant to § 2241.

An appropriate Order accompanies this Opinion.


_/s/ Edward S. Kiel_____
**EDWARD S. KIEL**
**UNITED STATES DISTRICT JUDGE**


Dated:  September 22, 2025